ORIGINAL

FILED

04/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0004

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0004

FILED

APR 02 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
JODY LOWENSTEIN

ORDER

On February 4, 2020, this Court granted Jody Lowenstein's petition for admission to active status in the State Bar of Montana. At that time, Lowenstein had been on inactive status since October 2018 and, pursuant to Montana Rule of Continuing Legal Education 14, we ordered Lowenstein to submit to the Board of Continuing Legal Education proof of attendance at thirty hours of approved Continuing Legal Education (CLE) to be credited to the time Lowenstein was on inactive status.

Lowenstein has now petitioned for a waiver of the CLE hours under Rule 14. Lowenstein states that his occupation as a law clerk in the United States District Court for the District of Montana and for the United States Court of Appeals for the Ninth Circuit during the time he was on inactive status is sufficient to warrant readmission to the Bar without being required to make up CLE requirements.

Lowenstein's occupation during inactive status is sufficient to warrant readmission to active status without being required to make up CLE credits.

Therefore,

IT IS ORDERED that the 30-hour continuing legal education requirements are waived. Upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 2nd day of April, 2020.

For the Court,

By _____
Chief Justice